# STREET LAW FIRM, LLP
## A LIMITED LIABILITY PARTNERSHIP

N. D. STREET
T. R. SCOTT, JR.
J. W. BOWMAN
R. J. BREIMANN
S. T. MULLINS
R. V. PRESLEY, II
L. W. BOWMAN
B. A. STREET

1200 PLAZA DRIVE, SUITE 2100
P. O. BOX 2100
GRUNDY, VA 24614

January 3, 2006

E. K. STREET
(1943-1990)

TELEPHONE
(276) 935-2128

FAX
(276) 935-4162

Robert Wick, Trustee
P O Drawer 8
Bristol VA  24203

JAN - 9 2006

        Re:   Ann Marie Miller
                Case No. 05-73137
                Our Misc. File 32722

Dear Mr. Wick

        I am General Counsel for the Appalachian School of Law ("ASL").

        ASL received a bankruptcy notification regarding the above-referenced bankruptcy matter. However, Ms. Miller does not owe ASL any money, as I understand it, other than student loans. It is my understanding that ASL may have advanced some portion of Ms. Miller's student loan before she was actually due the same and that she repaid that student loan from the proceeds of the student loan when she was due the same.

        In any event, ASL recently received a Discharge of Debtor signed by Judge Stone. Would you please explain why ASL was listed as a creditor when student loans are non-dischargeable? I assume that Judge Stone did not discharge any student loan owed to ASL.

        I would appreciate hearing from you at your earliest convenience. Your prompt attention and cooperation will be greatly appreciated.

        With best regards, I remain

                              Very truly yours,

                              Thomas R. Scott, Jr.

TRS/arr

cc:   Clerk, U. S. Bankruptcy Court
      Ann Marie Miller
      Lucius Ellsworth @ ASL
      Ann Randolph @ ASL